UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARTHUR SHIEF                                                    CIVIL ACTION

VERSUS                                                          NUMBER: 14-1324

NEW ORLEANS POLICE                                              SECTION: "J"(5)
DEPARTMENT, ET AL.

ORDER ON MOTION
AUGUST 13, 2014

APPEARANCES:

MOTION:

(1)    Petitioner's Request for Amended Emergency Temporary Restraining Order (Rec. doc. 9).

_____ :       Continued to

_____ :       No opposition

_____ :       Opposition

ORDERED

_____ :       Dismissed as moot.

        :       Dismissed for failure of counsel to appear.

        :       Granted.

  1  :       Denied on the showing made. *See Moore v. Avoyelles Corr. Center*, 253 F.3d 870 (5th Cir.), *cert. denied*, 534 U.S. 1008, 122 S. Ct. 492 (2001); *Kirschenhunter v. Sheriff's Office, Beauregard Parish*, 165 Fed.Appx. 362 (5th Cir.), *cert. denied*, 549 U.S. 913, 127 S. Ct. 913 (2006); *Murray v. Louisiana*, No. 09-CV-3245, 2010 WL 334537 (E.D. La. Jan. 21, 2010); *Reames v. Cooper*, No. 08-CV-4037, 2009 WL 799981 (E.D. La. March 24, 2009); *Guidry v. State*, No. 08-CV-0109, 2008 WL 2001957 (W.D. La. Apr. 23. 2008).

        :       Other.

                                MICHAEL B. NORTH
                            UNITED STATES MAGISTRATE JUDGE