UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARTHUR SHIEF                                                      CIVIL ACTION

VERSUS                                                            NO. 14-1324

NEW ORLEANS POLICE DEPARTMENT                                     SECTION "J"(5)

**O R D E R**

    The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 15), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation (Rec. Doc. 22), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Accordingly,

    **IT IS ORDERED** that the petition of Arthur Shief for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED** for lack of subject matter jurisdiction.

    New Orleans, Louisiana, this 15th day of June, 2015.

_____
**UNITED STATES DISTRICT JUDGE**